**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. BAH-26-69** |
| | ) | |
| **TAYLOR JOSEPH MORNINGSTAR** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's First Consent Motion for Exclusion of Time from Speedy Trial Act Computations (the "Motion") and based on the facts and arguments provided in the Motion, the Court makes the following findings:

Under the provisions of the Speedy Trial Act, the Court may continue a defendant's trial beyond the 70-day period provided in 18 U.S.C. § 3161(c)(1) if the ends of justice served by such a delay outweigh the interests of the defendant and the public in a speedy trial.

Here, Defendant was indicted on February 19, 2026.  The Defendant had his initial appearance on the indictment on February 25, 2026.   The Defendant is represented by Maggie Grace, Esq., of the Federal Public Defender.  The Defendant has not been arraigned.  A motions filing deadline and trial date in this case have not been set.

The co-defendant in this case has tolled speedy trial through May 25, 2026, and has set a motions filing deadline for that date as well.

The Government is compiling discovery and will send it to counsel for review.   The parties request additional time for the Government to send discovery so counsel can review, and for the parties to discuss the matter.  As such, trial within 70 days would deny counsel for Defendant and the attorney for the Government the reasonable time necessary for effective

preparation. Therefore, the ends of justice served by such a delay outweigh the interests of Defendant and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED that:

1.    Pursuant to 18 U.S.C. § 3161(h), the Motion is GRANTED;

2.    The time period from March 5, 2026, to May 25, 2026, is hereby excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act; and

3.    The motions filing deadline is also set for May 25, 2026.


  March 6, 2026  
Date

      /s/  
The Honorable Brendan A. Hurson
United States District Judge