**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. BAH-26-69** |
| | ) | |
| **TAYLOR JOSEPH MORNINGSTAR** | ) | |
| **and** | ) | |
| **JACLYNN NICOLE ALLEN** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Government's Consent Motion for Exclusion of Time from Speedy Trial Act Computations (the "Motion"), ECF 36, and based on the facts and arguments provided in the Motion, the Court makes the following findings:

Under the provisions of the Speedy Trial Act, the Court may continue a defendants' trial beyond the 70-day period provided in 18 U.S.C. § 3161(c)(1) if the ends of justice served by such a delay outweigh the interests of the defendant and the public in a speedy trial.

Here, the Defendants were indicted on February 19, 2026. The Defendants had their initial appearance on the indictment on February 25, 2026. Defendant Morningstar is represented by Maggie Grace, Esq., of the Federal Public Defender; Defendant Allen is represented by David Fischer, Esq. A motions filing deadline will be set for August 25, 2026, trial dates in this case have not been set. The speedy trial clock has been tolled for both Defendants through May 26, 2026.

The Government has compiled discovery and sent it to the defense attorneys; the Government has also recently spoken to both attorneys regarding this matter. The parties request additional time to review the discovery and for the parties to continue to discuss the

matter.  As such, trial within 70 days would deny counsel for Defendants and the attorney for the Government the reasonable time necessary for effective preparation.  Therefore, the ends of justice served by such a delay outweigh the interests of Defendants and the public in a speedy trial, thereby satisfying the requirements of 18 U.S.C. § 3161(h)(7).

Therefore, it is hereby ORDERED that:

1.      Pursuant to 18 U.S.C. § 3161(h), the Motion is GRANTED;

2.      The time period from May 25, 2026, to August 25, 2026, is hereby excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act; and

3.      The motions filing deadline is also set for August 25, 2026.

 May 18, 2026
Date

_____/s/_____
The Honorable Brendan A. Hurson
United States District Judge

2